ACCEPTED
04-14-00592-cr
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/3/2015 9:27:25 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00592-CR

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 9:16:00 AM
KEITH E. HOTTLE
Clerk

IN THE FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

**JOAQUIN ALBERTO DAVILA**

Appellant

**v.**

**THE STATE OF TEXAS**,

Appellee

_____

On Appeal from County Court No. 2, Webb County, Texas

Honorable Jesus Garza, Presiding Judge

Trial Court Cause No. 2013-CRB377-L2

_____

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, Joaquin Alberto Davila, by and through his undersigned attorney,

hereby moves the Court for an Order extending the time to file Appellant's Brief,

and as grounds therefor would show the Court the following:

1.      Appellant's Brief is due on or before January 3, 2015.

2.      Appellant respectfully requests that the Court extend his current briefing

deadline of January 3, 2015, to and including January 10, 2015. There has been one

extension of time granted for the filing of Appellant's Brief.

3.     Appellant requests an extension to January 10, 2015 for the filing of the brief because undersigned counsel has been involved in a number of other legal proceedings and matters that have required or will require a substantial amount of his time.  In addition, counsel has been ill for the past week and it has hindered all work and will prevent him from completing the Appellant's Brief before January 3, 2015. Given that, undersigned counsel has not had, and will not have, an opportunity to properly prepare the brief on the issues in this matter by the current deadline.

4.     Absent any more extraordinary circumstances, Appellant will not file any further motions for extension of time to file Appellant's Brief.

WHEREFORE, Appellant prays that the time for filing his brief be extended to and including January 10, 2015; and for such other and further relief as the Court may deem to be just and proper.

Respectfully submitted,

*/s/Omar Salinas*
**Omar Salinas**
Assistant Public Defender
Webb County Public Defender's Office
1110 Washington
Laredo, Texas 78040
Tel: (956) 523-4119
Fax: (956) 523-5009

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand-delivered, faxed, or forwarded through the Court's electronic case filing system to the Webb County District Attorney's Office 1110 Victoria Street, Suite 401, Laredo, Texas 78040, on January 3, 2015.

*/s/Omar Salinas*
**Omar Salinas**
Assistant Public Defender
Webb County Public Defender's Office
1110 Washington
Laredo, Texas 78040
Tel: (956) 523-4119
Fax: (956) 523-5009